IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALEEM JENKINS,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | **No. 15-3271** |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this ____ day of September, 2015, upon consideration of Defendants City of Philadelphia, Carlos Buitrago, and Samuel Allen's Motion to Dismiss (Docket No. 4) and Plaintiff's Opposition (Docket No. 5), it is hereby **ORDERED** that

1. Moving Defendants' Motion (Docket No. 4) is **GRANTED**.

2. Plaintiff's claims for false arrest and false imprisonment against the City of Philadelphia, Carlos Buitrago, and Samuel Allen are **DISMISSED with prejudice**.

3. Plaintiff's claims for malicious prosecution against all Defendants and his claims for false arrest and false imprisonment against Defendants Sydemy Joanis and Johnathan Garcia are **DISMISSED without prejudice**.

4. Plaintiff shall file an amended complaint no later than 21 days from the date of this Order. Should Plaintiff fail to file an amended complaint within the state time period, the Court will close this case for all purposes upon further motion by or on behalf of Defendants or *sua sponte*.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge